**Order entered April 21, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-01274-CR

**RANDALL CHARLES PLOWMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81701-2014**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Lara Bracamonte to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Bracamonte to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **July 1, 2016**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Scott Becker, Presiding Judge, 219th Judicial District Court; Indu Bailey, Official Court Reporter, 219th Judicial District Court; Yoon Kim, Collin County District Clerk; Lara Bracamonte; and the Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Randall Plowman, TDCJ No. 2012020, Segovia Unit, 1201 E. Cibolo Road, Edinburg, Texas 78542.


/s/     LANA MYERS
          JUSTICE